## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF NINE STARLINK TERMINALS AND ASSOCIATED ACCOUNTS UNDER THE CONTROL OF SPACEX FOR VIOLATIONS OF 18 U.S.C. §§ 1349, 1956 | SZ No. 25-sz-48 |

### ORDER UNDESIGNATING WARRANT AND RELATED FILINGS AS HIGHLY SENSITIVE DOCUMENTS

Based on the representations in the government's Motion to Undesignate the Seizure Warrant and related proceedings and files (collectively, the Warrant), it is hereby,

**ORDERED** that this Order, the Seizure Warrant, and all related documents filed in case no. 25-sz-48, shall no longer be designated as Highly Sensitive Documents (HSDs) and the Clerk of Court shall immediately unseal these documents.

11/13/2025

_____
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

cc: Jolie F. Zimmerman
Karen P. W. Seifert
Assistant U.S. Attorneys
601 D Street, N.W.
Washington, D.C. 20530

4

(5)